**14CV0723**

In the United States District Court
Southern District of New York

Regina Lewis
    Plaintiff

-v-

Eric Weiss
    Defendant

Complaint
18 USC 2510
18 USC 2511

Eric Weiss did knowingly and intentionally hack into my home and office computers located at 197 Lake Dr. for his private viewing. On or around September of 2012 AUSA Damian Williams did provide me with governments disclosure of various IP addresses hacked by Eric Weiss.

From the months of May 2012 until July 26, 2012 Eric Weiss did hack into my home and office computers causing damage and violating my privacy. Wherefore, I request damages in the sum as provided for by 18 USC 2510 and 18 USC 2511 and whatever else the court may deem proper regarding punitive and compensatory damages.

Regina Lewis
1-25-14

1-26-14

Dear Clerk,

Please file this lawsuit under 18 USC 2510 against Eric Weiss thank you.

Regena Ames